# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **DAVID KEITH WILKINS** | ) | |
| | ) | |
| vs. | ) | Case No.  4:11-cv-08004-CLS-HGD |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

## MEMORANDUM OPINION

On June 15, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by petitioner or the government.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report ACCEPTS the recommendations that the Motion to Vacate, Set Aside or Correct Sentence be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 5th day of September, 2012.

_____
United States District Judge